

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00251-CV

| | | |
|---|---|---|
| IN THE ESTATE OF STEVEN DOUGLAS NIELSEN, DECEASED | § | On Appeal from Probate Court No. 2 |
| | § | of Tarrant County (2015-PR01535-2) |
| | § | September 27, 2018 |
| | § | Opinion by Chief Justice Sudderth |
| | § | Dissent by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Linda Nielsen shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth